# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 17-12177
_____

District Court Docket Nos.
1:16-cv-03719-LMM; 15-bkc-64711-MGD

IN RE: HAMPTON ISLAND OWNERS' ASSOCIATION, INC.

                                                                   Debtor,

_____

HAMPTON ISLAND HOLDINGS, LLC,
THE HAMPTON ISLAND CLUB, LLC,
BLUE HERON INVESTMENTS, LLC,
FULCRUM LOAN HOLDINGS, LLC,
HAMPTON ISLAND CLUB, LLC,
HAMPTON ISLAND, LLC,
LIBERTY CAPITAL, LLC,
REFLECTIONS HOUSE, LLC,
TURTLE LAKE HOLDINGS, LLC,

                                                                  Plaintiffs - Appellants,

HAMPTON LAND HOLDINGS, LLC,

                                                                    Plaintiff,

versus

LEE BURTON,
THOMAS BURTON,
SPOTTAIL LANDING, LLC,
REBECCA TALLMAN,
EDWARD TALLMAN, et al.,

                                                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 22, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch